■ VILLAGE OF TARRYTOWN, Respondent-Appellant, v WOODLAND LAKE ESTATES, INC., Appellant-Respondent. (Action No. 1.) SPA HOLDING CORPORATION, Plaintiff, v VILLAGE OF TARRYTOWN et al., Defendants. (Action No. 2.) [664 NYS2d 951] —In consolidated actions, inter alia, to consider just compensation for property taken by eminent domain by the Village of Tarrytown, Woodland Lake Estates, Inc., appeals, as limited by its brief, from so much of a judgment of the Supreme Court, Westchester County (Altman, J.H.O.), dated September 5, 1996, as awarded it the sum only of $129,235.37, and the Village of Tarrytown cross-appeals as limited by its brief, from so much of the same judgment as awarded Woodland Lake Estates, Inc., interest in the sum of $108,939.81.

Ordered that the judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Altman, J.H.O. in the Supreme Court. Miller, J. P., Florio, McGinity and Luciano, JJ., concur.